**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARION KILER, individually and as the
representative of a class of similarly situated persons,

                                      Case No.   1:20-cv-5696-WFK-RER

           Plaintiff,

        - against -

EVA FRANCO, INC.,

           Defendants.
-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs

or attorneys' fees, of the above-referenced matter against Eva Franco, Inc.  No Answer has been

filed in this case.

Dated:  Scarsdale, New York
       May 27, 2021

                               SHAKED LAW GOUP, P.C.
                               Attorneys for Plaintiff

                             By:  */s/Dan Shaked*
                               Dan Shaked, Esq.
                               14 Harwood Court, Suite 415
                               Scarsdale, NY 10583
                               Tel. (917) 373-9128
                               Fax (718) 704-7555
                               e-mail: ShakedLawGroup@Gmail.com

The application is ✔ granted.
SO ORDERED ~~denied.~~

s/ WFK

William F. Kuntz, II, U.S.D.J.
Dated: May 27, 2021
       Brooklyn, New York